# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Glena W.,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:24-cv-3763

Judge Michael H. Watson

Magistrate Judge Silvain, Jr.

## ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R") in this Social Security case, recommending the Court sustain Plaintiff's statement of specific errors and reverse the Commissioner of Social Security's denial of benefits. R&R, ECF No. 15. The R&R notified the parties of their right to object and warned the parties that a failure to timely object would forfeit appellate rights. *Id.* at 11.

The deadline for objecting has passed, and no party objected. Accordingly, the Court **ADOPTS** the R&R without performing a de novo review and **REVERSES** the Commissioner's decision and **REMANDS** this case back to the Commissioner and Administrative Law Judge pursuant to Sentence Four of § 405(g). The Clerk shall enter judgment for Plaintiff and close the case.

**IT IS SO ORDERED.**

                                            /s/ Michael H. Watson
                                            MICHAEL H. WATSON, JUDGE
                                            UNITED STATES DISTRICT COURT